NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30123
14-MAR-2013
01:53 PM**

NO. 30123

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


AVELO MORTGAGE, LLC, Plaintiff-Appellee, v.
JULIET SEGUNDO, Defendant-Appellant,
and
JOHN and MARY DOES 1-20, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 08-1-0424(2))


AMENDED ORDER OF CORRECTION
(By: Reifurth, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on January 31, 2013, is corrected as follows:

On page 1, in footnote 1, the case citation to *State v. Graybeard* is corrected by adding the words "*Honolulu v.*" after the words "*City & Cnty. of*" and before the word "*Midkiff*" so that the citation reads:

> *State v. Graybeard,* 93 Hawai'i 513, 516, 6 P.3d 385, 388 (App. 2000) (internal quotation marks omitted) (quoting *City & Cnty. of Honolulu v. Midkiff*, 57 Haw. 273, 275-76, 554 P.2d 233, 235 (1976)).

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 14, 2013.

Associate Judge

---

[1] Nakamura, C.J., Fujise and Reifurth, JJ.